■ EARL L. JANN, JR., Appellant, v DEBORAH A. SPECHT-GARDON, Defendant, and EARL GINGERICH, JR., Respondent. [718 NYS2d 920] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Fahey, J. (Appeal from Order of Supreme Court, Erie County, Fahey, J.—Dismiss Pleading.) Present—Wisner, J. P., Hurlbutt, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON B. BUMP, Appellant. (Appeal No. 1.) [718 NYS2d 664] —Appeal unanimously dismissed (*see*, CPL 450.30 [3]). (Appeal from Judgment of Genesee County Court, Noonan, J.—Aggravated Unlicensed Operation Vehicle, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Kehoe, JJ.